

KARLINSKY LLC
COUNSELLORS AND LITIGATORS

103 MOUNTAIN ROAD
CORNWALL-ON-HUDSON, NY 12520

MARTIN E. KARLINSKY
FOUNDER AND SOLE MEMBER
646.437.1430 / 917.623.9102 CELL
MARTIN.KARLINSKY@KARLINSKYLLC.COM
WWW.KARLINSKYLLC.COM

September 19, 2022

**VIA ECF SYSTEM**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

> *Re:   ShiftPixy, Inc. v. Gregory Bergman, 21 Civ. 7135 (PAE); consolidated with ShiftPixy, Inc. v. Access2 Financial, Inc. and Gregory Bergman, 22 Civ. 5686 (PAE)*

Dear Judge Engelmayer:

We represent ShiftPixy, Inc., plaintiff in the above-captioned consolidated actions. We are writing jointly with defendants to request (a) that the Court refer these actions to the Honorable Magistrate Judge Barbara Moses for the conduct of a settlement conference, and (b) to adjourn the case management conference in the case scheduled for September 23, 2022, at 11:00 a.m. until after that settlement conference. The parties have had significant (and amicable) settlement discussions to this point and believe that with the assistance of the Court we should be able to resolve the matters without further Court involvement. The parties thank the Court for its courtesy.

Respectfully

Martin E. Karlinsky

MEK/ks

cc:   Counsel of Record (via ECF)

The Court thanks counsel for the update and adjourns the case management conference scheduled for September 23, 2022, pending the outcome of settlement discussions. The parties are directed to provide an update as to the status of settlement discussions on October 28, 2022, and every four weeks thereafter, until settlement discussions have concluded.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
September 20, 2022

KARLINSKY LLC

ADMITTED TO THE BARS OF NEW YORK,
CALIFORNIA, AND THE DISTRICT OF COLUMBIA